NTF  
Rev. 11/22

**United States Bankruptcy Court**  
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101−6991

Telephone: 619−557−5620  
Website: www.casb.uscourts.gov  
Hours: 8:30am − 4:30pm Monday−Friday

**Trisha Lord St George**  
 1014 Laguna Dr Unit 2  
Carlsbad, CA 92008  
xxx−xx−0461  
*No Known Aliases*

Case number: 21−03977−LT13  
Chapter: 13  
Judge  Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **41**     filed on: **12/27/24**  
Title of Document: **MOTION BY DEBTOR FOR DISMISSAL**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

 Visit the Court website CM/ECF Resources online page containing the most current step−by−step CM/ECF manual, court forms and training video. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phone_list.

**ACTION TAKEN BY COURT**

☑  Atty/Debtor/Movant contacted on **12/30/24**     via  ☑ Tel/Voice Mail     ☐ Email   ☑ Mail or Other

**OTHER:**  **According to our local rules, you must file a CSD 1182( Notice of Motion) form and relate it to the Request for Dismissal, and the Judges Chambers will review all documents submitted.**

Dated: 12/30/24

Mark T. Schnakenberg  
Clerk of the Bankruptcy Court